

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00305-CV

John Rodriguez
v.
Stephanie Haehn, George Haehn and Makin Waves Watercraft Rentals LLC

On Appeal from the
261st District Court of Travis County, Texas
Trial Cause No. D-1-GN-14-000377

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed. The Court orders the appeal

DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

September 1, 2015